**MOT**
Kym Samuel Cushing, Esq.
Nevada Bar No. 004242
Paul J. Hofmann, Esq.
Nevada Bar No. 10369
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
kym.cushing@wilsonelser.com
paul.hofmann@wilsonelser.com
*Attorneys for Defendant Target Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARSHA ELLIOTT, individually,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota Corporation d/b/a TARGET; DOES I through X and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO: 2:11-cv-01215-JCM-RJJ |

### DEFENDANT TARGET CORPORATION'S FRCP 35 MOTION FOR PHYSICAL EXAMINATION OF PLAINTIFF MARSHA ELLIOT ON AN ORDER SHORTENING TIME

COMES NOW defendant TARGET CORPORATION, by and through their attorneys WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. and serve this motion, asking this Honorable Court to order plaintiff MARSHA ELLIOT to appear for (1) a physical examination by Dr. Morton Hyson in the above-entitled action.

This motion is made and based on FRCP 35; as well as all papers and pleadings on file herein and such argument of counsel as the Court may allow at the time of hearing.

. . .

. . .

. . .

252248.1

DATED this ___ day of April, 2012.

WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP

BY: _____
Kym Samuel Cushing, Esq.
Nevada Bar No. 004242
Paul J. Hofmann, Esq.
Nevada Bar No. 10369
300 South Fourth Street, 11th Floor
Las Vegas, Nevada  89101
*Attorneys for Defendant Target Corporation*

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. FACTUAL SUMMARY

This matter stems from an incident that took place on or about September 28, 2009 at a Target Store in Las Vegas, Nevada.  The plaintiff alleges that she arrived at the Target located at 3210 N. Tenaya Way, Las Vegas, Nevada, on September 28, 2009.  The claimant alleges that she walked to the Home Improvement section of the store to purchase a mop hanger.  As she was pulling the hanger off the display, a wire rack, that was for sale, slid off the display and landed on her foot.  She is claiming to have suffered a compression of a nerve in her foot which has resulted in a wage loss and medical bills.

Specifically, the plaintiff is claiming because of Defendant's negligence, she required medical treatment and surgery.  She further alleges injuries that have resulted in pain, suffering, impairment, disability in excess of $50,000.00.  Plaintiff is also claiming loss of income and emotional distress.

### II. PROCEDURAL HISTORY

Plaintiff filed her Complaint on April 19, 2011 in the 8th Judicial District Court, Clark County Nevada.  On July 27, 2011, Defendant removed this matter to United States District Court for the District of Nevada.  On August 29, 2011, a Stipulated Discovery Plan and scheduling Order were filed. The plan was granted on September 2, 2011. On October 24, 2011, Target propounded a First Set of Interrogatories, a First Request for Production, and a First Request for Admissions on Plaintiff.  Plaintiff did not timely respond to all written discovery, and Defendant filed a Motion to

Compel Discovery Response. On February 27, 2012, this court granted Defendant's Motion to Compel and granted sanctions against Plaintiff for late discovery responses.

Defendant now brings this motion for physical examination of Plaintiff pursuant to FFRCP 35, as the physical condition of Plaintiff is in controversy in this matter.

### III. LEGAL ANALYSIS

FRCP 35(a) provides in pertinent part as follows:

a) ORDER FOR AN EXAMINATION.

(1) *In General.* The court where the action is pending may order a party whose mental or physical condition—including blood group—is in controversy to submit to a physical or mental examination by a suitably licensed or certified examiner. The court has the same authority to order a party to produce for examination a person who is in its custody or under its legal control.

(2) *Motion and Notice; Contents of the Order.* The order:

(A) may be made only on motion for good cause and on notice to all parties and the person to be examined; and

(B) must specify the time, place, manner, conditions, and scope of the examination, as well as the person or persons who will perform it.

**The physical condition of the plaintiff is in controversy.** Here, Plaintiff is claiming (among other things) as a result of the alleged negligence of Defendant claiming to have suffered a compression of a nerve in her foot which has resulted in a wage loss and medical bills.

**Dr. Hyson** will take a complete physical and history from Plaintiff. In addition, Dr. Hyson, a neurologist, will perform a complete physical examination. Time permitting, Dr. Hyson will also perform nerve conduction studies.

Therefore, because plaintiff is alleging physical (neurological) impairments, there is good cause for Target Corporation to request that Plaintiff undergo an IME. Further, plaintiff has been provided with sufficient notice of the time, location, manner and scope of said examinations.

As a result, request is made that this honorable Court order plaintiff to appear for her scheduled IME on May 1, 2012.

. . .

. . .

. . .

## IV. CONCLUSION

For the foregoing reasons, Defendant TARGET CORPORATION requests this honorable Court grant this motion and order plaintiff to appear for his scheduled IME on May 1, 2012.

DATED this ___ day of April, 2012.

IT IS SO ORDERED.

_____
Robert J. Johnston
U.S. Magistrate Judge
Date: May 15, 2012

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

BY: _____
Kym Samuel Cushing, Esq.
Nevada Bar No. 004242
Paul J. Hofmann, Esq.
Nevada Bar No. 10369
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant Target Corporation*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and that on this 13 day of April, 2012 I electronically filed and served a true and correct copy of the foregoing **DEFENDANT TARGET CORPORATION'S FRCP 35 MOTION FOR PHYSICAL EXAMINATION OF PLAINTIFF MARSHA ELLIOT ON AN ORDER SHORTENING TIME** to all parties on file with the CM/ECF.

Janet S. Markley, Esq.
LAW OFFICE OF JANET S. MARKLEY
1000 Nevada Way, Suite 102
Boulder City, NV 89005
Phone 702.294.6529
FAX 702.446.8090
Attorney for Plaintiff

BY _____
An Employee of
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP