1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARSHA ELLIOTT, | 2:11-CV-1215 JCM (NJK) |
| Plaintiff(s), | |
| v. | |
| TARGET CORPORATION, | |
| Defendant(s). | |

**ORDER**

Presently before the court is the matter of *Elliott v. Target Corporation et al*, case number 2:11-cv-01215-JCM-NJK.

Defendant filed four motions in limine.  (Docs. ## 33-36).  Plaintiff never filed responses. Before the responses were due the parties stipulated to continue the trial date until May 2013.  The motions in limine are mooted.  The parties may refile any motions in limine as the new trial date approaches.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motions in limine (docs. ## 33-36) be, and the same hereby, are DENIED as moot.  The parties may refile their motions closer in time to the new trial date.

DATED February 4, 2013.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**